DAINES *v.* TARABUSI.

This case is ruled by *Daines* v. *Tarabusi, ante,* 419.

Error to Oakland; Doty (Frank L.), J.    Submitted January 11, 1929.    (Docket No. 95, Calendar No. 34,089.)    Decided March 29, 1929.

Summary proceedings by Harold P. Daines and another against Louis Tarabusi to recover possession of land sold on a land contract.    There was judgment of restitution before the commissioner, and defendant appealed to the circuit.    From judgment for plaintiffs, defendant brings error.    Affirmed.

*Pelton & McGee,* for plaintiffs.

*Arthur E. Moore,* for defendant.

CLARK, J.    This case is a companion of *Daines* v. *Tarabusi, ante,* 419, and is ruled thereby.
    Affirmed.

NORTH, C. J., and FEAD, FELLOWS, · WIEST, McDONALD, POTTER, and SHARPE, JJ., concurred.